P. GROSSMAN A PROFESSIONAL LAW CORP.
Dennis A. Grossman, Esq. (Cal. Bar #230047, NY Bar #2847150)
Jim A. Trevino, Esq. (Cal. Bar #237795)
1901 E. Shields Ave., Suite 124
Fresno, California 93726
Telephone No.: (559) 221-2261
Facsimile No.: (559) 226-3517

Attorneys for: **SALVADOR MACIEL JR.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR MACIEL JR.,** | CASE NO: |
| Plaintiff, | **COMPLAINT FOR WRIT OF MANDAMUS, PRELIMINARY INJUNCTIVE RELIEF, AND FOR EQUAL ACCESS TO JUSTICE ACT UNDER 5 USC 504 AND 28 USC 2412** |
| v. | |
| **CONDOLEEZZA RICE, Secretary of State of the United States,** | |
| Defendants. | |

To the Honorable Judges of Said Court:

Plaintiff, SALVADOR MACIEL JR., by his attorney, complaining of Defendant, alleges as follows:

## PRELIMINARY STATEMENT

1. Plaintiff is a natural born citizen of the United States of America (*See Plaintiff's Birth Certificate* - "Exhibit A") and resides within the jurisdiction of this Court.

2. Plaintiff's claim to relief arises under 8 United States Code ("U.S.C.") § 1401(a).

3. Defendant, CONDOLEEZZA RICE, is the Secretary of State of the United States. The Defendant is sued herein in her official capacity.

4. Defendant is in charge of the processing of applications for United States Passports.

5. As this is a mandamus action to compel the Defendant to take an action, the named

Page -1-

1. Defendant is the proper party, as the agency head of the United States Department of State.

6. Pursuant to Paunescu v. INS, 76 F. Supp. 2d 896 (N.D. Ill. 1999), this Court, acting under its mandamus jurisdiction, can order the Defendant to perform a duty owed to the Plaintiff, namely, the expeditious processing of his application for a United States Passport. Also, pursuant to Paunescu, this Court may issue a preliminary injunction ordering the United States Secretary of State to complete processing of Plaintiff's United States Passport application.

## JURISDICTION

7. Jurisdiction over the subject matter of this civil action is conferred on this Court by 28 U.S.C. § 1361, the Mandamus Act, under which this Court has the power to compel an officer of the United States to perform his duty. Jurisdiction is also conferred by 5 U.S.C. § 551 et seq., 28 U.S.C. § 1331, 28 U.S.C. § 2201, 28 U.S.C. § 1651, and 5 U.S.C. § 701 et seq. Relief is requested pursuant to said statutes.

## VENUE

8. Venue is properly in this district pursuant to 28 U.S.C. § 1391(e) because the Defendant is an officer or employee of the United States.

## STANDING

9. As an individual who has been "adversely affected or aggrieved by agency action," Plaintiff has standing and is entitled to judicial review under the Administrative Procedures Act, 5 U.S.C. §§ 702, 706. Plaintiff has standing under the Mandamus Act, 28 U.S.C. §1361, because he has a clear right to the relief he is requesting.

## FACTS

10. Plaintiff was born on June 16, 1962 in Mountain View, California (*See Plaintiff's Birth Certificate* - "Exhibit A"). Plaintiff is a natural born citizen of the United States of America.

11. On or about 1985, the Plaintiff applied for a United States Passport with the United States Department of State.

12. Having received no response from the Passport Office of the United States Department of State, the Plaintiff applied for a United States Passport again on or about 1987.

13. On or about 1988, Plaintiff contacted the Passport Office of the Department of State to inquire into the status of his application for a United States Passport. Plaintiff was informed that his records were destroyed after one (1) year.

14. On or about 2002, the Plaintiff filed again for a United States Passport.

15. A short time later, the Plaintiff received a letter with an interview date at the Fresno, California Passport Office of the Department of State.

16. Plaintiff attended the scheduled interview at the Fresno, California Passport Office of the Department of State.

17. At his interview, the Plaintiff was interrogated for over two (2) hours, threatened, and forced to sign various documents.

18. At the interview, Plaintiff informed the officer that he was a victim of identity theft.

19. The officer conducting the interview advised the Plaintiff that he would not be given a United States Passport, due to the fact that his United States Passport was issued to another person with his name.

20. The officer then advised the Plaintiff that it was his responsibility to rectify the situation.

21. The Plaintiff was directed by the officer conducting the interview not to apply for a passport again.

22. The Plaintiff never received his United States Passport and pursuant to <u>Kent v. Dulles</u>, 357 U.S. 116 (1958), has been denied his right to travel and his due process of law under the Fifth Amendment.

23. The Plaintiff has exhausted all his administrative remedies.

**FIRST CAUSE OF ACTION:**

**WRIT OF MANDAMUS**

24. Plaintiff repeats, alleges, and incorporates paragraphs 1 through 23 above as though fully set

25. Pursuant to 22 U.S.C. § 211a, the United States Secretary of State has the power to grant, issue, and cause passports to be granted.

26. Defendant, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq., is unlawfully withholding and/or unreasonably delaying Plaintiff's United States Passport application and has failed to carry out the administrative functions delegated to her by law and regulation in regard to Plaintiff's case.

27. The Defendant's refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law and regulations.

28. The statutes and regulations confirm that the United States Secretary of State has a clear duty to process Plaintiff's application for a United States Passport and hence that Plaintiff has a clear right to the relief sought. Plaintiff has no other adequate remedy available to him.

## SECOND CAUSE OF ACTION:

## PRELIMINARY INJUNCTIVE RELIEF -- TEMPORARY RESTRAINING ORDER

29. Plaintiff repeats, alleges, and incorporates paragraphs 1 through 28 above as though fully set forth herein.

30. Because Plaintiff's case raises serious legal issues and the balance of hardships tips strongly in his favor, this Court should grant a temporary restraining order compelling Defendant to complete processing of Plaintiff's application for a United States Passport.

31. The Defendant has effectively denied the Plaintiff the opportunity to obtain a United States Passport, his right to travel, and his due process as provided by the United States Constitution.

32. The Plaintiff has been greatly damaged by the Defendant's failure to act in accord with her duties under the law and regulations.

////
////
////

### THIRD CAUSE OF ACTION:

### EQUAL ACCESS TO JUSTICE ACT

33. Plaintiff repeats, alleges, and incorporates paragraphs 1 through 32 above as though fully set forth herein.

34. If he prevails, Plaintiff will seek attorney's fees and costs under the Equal Access to Justice Act (EAJA), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

### FOURTH CAUSE OF ACTION:

### FREEDOM OF INFORMATION ACT - ACCESS TO FILE

35. Plaintiff repeats, alleges, and incorporates paragraphs 1 through 34 above as though fully set forth herein.

36. On or about August 18, 2006, Plaintiff made a request of the Department of State, under the Freedom of Information Act ("FOIA"), by certified mail with return receipt requested.

37. On or about September 11, 2006, the law offices of P. Grossman, received a letter from the United States Department of State indicating that they have received Plaintiff's FOIA request and are processing the request (*See letter from United States Department of State* - "Exhibit B").

38. As of the date of this pleading, Plaintiff has not received his FOIA request from the United States Department of State.

39. Defendant has a non-delegable duty to provide Plaintiff with his FOIA request and all non-privileged contests thereof pursuant to the Freedom of Information Act.

40. Plaintiff has attempted to exercise all remedies available to him to obtain his file and all such attempts have been rebuffed.

////
////
////

WHEREFORE, Plaintiff prays:

1. That this Court accept jurisdiction over this action;

2. That this Court issue a writ of mandamus and a temporary restraining order, ordering the Defendant to have her agents process this case to a conclusion and, that the Defendant be ordered to process Plaintiff's application for a United States Passport without delay;

3. Defendant be ordered to issue Plaintiff, who is a United States citizen by birth, a United States Passport;

4. That the Court award Plaintiff's reasonable attorneys' fees; and

5. That the Court award such other and further relief as to this Court may seem reasonable and proper.

Dated: August 20, 2007

Respectfully Submitted by,

P. Grossman, a Professional Law Corp.

/s/ Jim A. Trevino
Jim A. Trevino, Esq.
Attorney for Plaintiff

"Exhibit A"

# CERTIFICATE OF LIVE BIRTH

STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 3361

| Field | Value |
|---|---|
| 1. NAME OF CHILD—FIRST NAME | SALVADOR |
| 1B. MIDDLE NAME | (blank) |
| 1C. LAST NAME | MACIEL JR. |
| 2. SEX | MALE |
| 3A. THIS BIRTH—SINGLE, TWIN, OR TRIPLET | SINGLE |
| 4A. DATE OF BIRTH—MONTH, DAY, YEAR | JUNE 16, 1962 |
| 4B. HOUR | 10:40 P.M. |
| 5A. PLACE OF BIRTH—NAME OF HOSPITAL | EL CAMINO HOSPITAL |
| 5B. STREET ADDRESS | 2500 GRANT ROAD |
| 5C. CITY OR TOWN | MOUNTAIN VIEW |
| 5D. COUNTY | SANTA CLARA |
| 6A. MAIDEN NAME OF MOTHER—FIRST NAME | SOLEDAD |
| 6C. LAST NAME | CARAVAS |
| 7. COLOR OR RACE OF MOTHER | WHITE |
| 8. AGE OF MOTHER (AT TIME OF THIS BIRTH) | 19 YEARS |
| 9. BIRTHPLACE OF MOTHER | MEXICO |
| 10. MAILING ADDRESS OF MOTHER | SANTA CLARA |
| 11A. USUAL RESIDENCE OF MOTHER—STREET ADDRESS | 120 EL CAMINO TRAIL |
| 11C. CITY OR TOWN | MOUNTAIN VIEW |
| 11D. COUNTY | SANTA CLARA |
| 12A. NAME OF FATHER—FIRST NAME | SALVADOR |
| 12C. LAST NAME | MACIEL |
| 13. COLOR OR RACE OF FATHER | WHITE |
| 14. AGE OF FATHER (AT TIME OF THIS BIRTH) | 29 YEARS |
| 15. BIRTHPLACE | MEXICO |
| 16. PRESENT OR LAST OCCUPATION | LABORER |
| 17. PARENT OR OTHER INFORMANT—SIGNATURE | (signature) |
| 18A. PHYSICIAN—SIGNATURE | HOWARD G. DIESTER M.D. |
| 18B. ADDRESS | SUNNYVALE, CALIFORNIA |
| 19. DATE SIGNED BY INFORMANT | 6-22-62 |
| 20. LOCAL REGISTRAR—SIGNATURE | (signature) |
| 21. DATE RECEIVED BY LOCAL REGISTRAR | JUN 22 1962 |
| 16A. KIND OF INDUSTRY OR BUSINESS | BILL EVANS |
| 11E. STATE | CALIFORNIA |

---

STATE OF CALIFORNIA  }  ss.
County of Santa Clara }

I, LAURIE KANE, Recorder of said County, hereby certify that this document is a true and correct copy of the birth record in my office.

WITNESS my hand and Official Seal this ___ day of _____, 19 ___

By _____ Deputy

"Exhibit B"



United States Department of State

*Washington, D.C. 20520*

September 11, 2006

In reply refer to:
CA/PPT/IML/R/RR/RL – MACIEL, Salvador Jr.
    Also Known As MACIEL, Salvador
    MACIEL-CARABES, Salvador

Case Officer: CAViergutz

P. Grossman, APLC
1901 E. Shields Ave., Ste. 260
Fresno, CA 93726
Attn: Dennis Grossman

Dear Mr. Grossman:

I am responding to your letter dated August 18, 2006, which was received in this office on September 6, 2006, requesting information from the passport record of Salvador Maciel, Jr., also known as Salvador Maciel and Salvador Maciel-Carabes, under the provisions of the Freedom of Information and Privacy Acts.

Your letter has been forwarded to the Office of Information Resources Management Programs and Services (IRM) for log in and assignment of a case number. Your request will then be returned to this office for further action. In the interim, you may reach the Office of IRM at the following address:

Department of State
Office of Information Resources Management
Programs and Services
515 22nd Street NW
Washington, DC 20522-6001
Phone: (202) 261-8484

Sincerely,

*Carol A. Viergutz*

Carol A. Viergutz
Paralegal Specialist
Office of Information Management and Liaison
Passport Services