| | |
|---|---|
| 1 | **P. GROSSMAN A PROFESSIONAL LAW CORP.** |
| 2 | Dennis A. Grossman, Esq. (Cal. Bar #230047, NY Bar #2847150) |
|   | Jim A. Trevino, Esq. (Cal. Bar #237795) |
| 3 | 1901 E. Shields Ave., Suite 124 |
|   | Fresno, California 93726 |
| 4 | Telephone No.: (559) 221-2261 |
|   | Facsimile No.: (559) 226-3517 |
| 5 | |
|   | Attorneys for: **SALVADOR MACIEL JR.** |
| 6 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **SALVADOR MACIEL JR.,** | ) | **CASE NO:  1:07-CV-01231-LJO-DLB** |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION** |
| **CONDOLEEZZA RICE, Secretary of State of the United States,** | ) | |
| Defendants. | ) | Date:   December 12, 2007 |
|  | ) | Time:   8:30 a.m. |
|  | ) | Courtroom:   Four (4) |
|  | ) | Honorable Lawrence J. O'Neil |

To the Honorable Judges of Said Court:

Plaintiff, SALVADOR MACIEL JR., through his attorneys, Jim A. Trevino and Dennis A. Grossman, files this opposition to Defendant's motion for an order dismissing Plaintiff's First Cause of Action (Writ of Mandamus) and Second Cause of Action (Preliminary Injunctive Relief - Temporary Restraining Order), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In its Motion to Dismiss, the Defendant asserts that the Court lacks jurisdiction over the action and/or that Plaintiff has failed to state a claim upon which relief may be granted. Plaintiff maintains that the Court retains subject matter jurisdiction over the actions because mandamus does lie and the Defendant owes a duty to the Plaintiff to complete adjudication of his passport application

within a reasonable time.

Dated: November 20, 2007

Respectfully Submitted by,

P. Grossman, a Professional Law Corp.

/s/ Jim A. Trevino
Jim A. Trevino, Esq.
Dennis A. Grossman
Attorneys for Plaintiff