```
McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MACIEL, JR., | 1:07-cv-01231-DLB |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| v. | |
| CONDOLEEZZA RICE, Secretary of the United States, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice.

Respectfully submitted,

Dated: September 24, 2008.

McGREGOR W. SCOTT
United States Attorney

By: /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorneys for Defendant

1

```
Dated: September 23, 2008.              P. GROSSMAN A PROFESSIONAL LAW
                                        CORPORATION


                                    By:   /s/ Jim A. Trevino
                                          JIM A. TREVINO
                                          Attorneys for Plaintiff
```

**ORDER**

IT IS SO ORDERED.

**Dated:    September 25, 2008**                    **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2